IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**HUBERT JOHNSON**                                                                         **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO. 3:05CV562LN**

**MISSISSIPPI EXPORT RAILROAD**                                        **DEFENDANT**

## ORDER

This matter came before the court on the Motion to Enlarge Time Limit for Service filed by the Plaintiff in this matter. The Motion seeks an additional sixty days within which to serve the Defendant in this matter. The basis of the Motion is that the Plaintiff was displaced during Hurricane Katrina and not able to communicate with his attorney. Under the circumstances, the court is of the opinion that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that the Plaintiff's Motion to Enlarge Time Limit for Service is hereby **granted**, and the Plaintiff has until March 17, 2006, within which to serve the Defendant.

IT IS SO ORDERED, this the 12th day of January, 2006.

                                                                    S/Alfred G. Nicols, Jr.
                                               UNITED STATES MAGISTRATE JUDGE